# Court of Appeals
# of the State of Georgia

ATLANTA,    June 07, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1968.  DOUGLAS MINOR v. THE STATE.**

Douglas Minor was indicted for multiple offenses, including murder, felony murder, and aggravated assault.  In 2009, he pled guilty to one count of voluntary manslaughter.  Minor filed a motion to withdraw his plea, which the trial court dismissed and denied on October 26, 2010.  Minor filed a motion for an out-of-time appeal, which the trial court denied on May 13, 2011.  In August of 2011, Minor filed his "Motion for Discovery by the Defendant," in which he noted that he had a pending habeas action.  The trial court denied the motion on November 1, 2011.  Minor filed his notice of appeal on February 22, 2012.  We lack jurisdiction.

Under OCGA § 5-6-38 (a), a notice of appeal must be filed within 30 days of the date of entry of the order sought to be appealed.  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  See *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).  Because Minor's notice of appeal was not timely filed, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 06/07/2012
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.



, Clerk.